UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

KENYETTA DAY,                          )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )        1:16-cv-00593-JAW
                                       )
NANCY A. BERRYHILL, Acting             )
Commissioner of Social Security,       )
                                       )
        Defendant.                     )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended
Decision filed November 2, 2017 (ECF No. 24), the Recommended Decision is
accepted.

I have reviewed and considered the Magistrate Judge's Recommended
Decision, together with the entire record; I have made a <u>de novo</u>
determination of all matters adjudicated by the Magistrate Judge's
Recommended Decision; and I concur with the recommendations of the
United States Magistrate Judge for the reasons set forth in his
Recommended Decision, and determine that no further proceeding is
necessary.

Accordingly, it is hereby ORDERED that the Commissioner's decision
be and hereby is AFFIRMED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2017